IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**DOROTHY FREEMAN**                                                                                   **PLAINTIFF**

VS.                           CASE NO. 2:05CV00075 JMM

**RAUL H.SUAREZ AND**
**APAC-TENNESSEE, INC.**                                                                      **DEFENDANTS**

### ORDER

Plaintiff's unopposed Motion for Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41 is granted (#23).  The complaint is dismissed without prejudice and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS  8   day of   May  , 2007.

_____
James M. Moody
United States District Court